UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:18-cv-20389-UU

PATRICIA KENNEDY,

    Plaintiff,

v.

FLORIDIAN HOTEL INC., a Florida Corporation,

    Defendant.
_____/

## ORDER TO SHOW CAUSE

THIS CAUSE is before the Court *sua sponte*.

THE COURT has reviewed the pertinent portions of the record and is otherwise fully advised in the premises. On March 5, 2018, Plaintiff filed her Complaint naming against Defendant. D.E. 1. As of March 19, 2018, Plaintiff has not filed an affidavit of service as to Defendant. Accordingly, it is

ORDERED AND ADJUDGED that Plaintiff shall show cause in writing as to her efforts in effecting service on Defendant by **Wednesday, March 21, 2018**. Alternatively, Plaintiff may file a verified return of service on Defendant by such date. **Failure to respond to this Order may result in dismissal of this action against Defendant without further notice.**

DONE AND ORDERED in Chambers at Miami, Florida, this _20th_ day of March, 2018.

*/s/ Ursula Ungaro*
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

copies provided: counsel of record