UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:18-cv-20839-UU

PATRICIA KENNEDY, individually

    Plaintiff,
v.

FLORIDIAN HOTEL, INC., a Florida corporation,

    Defendant(s).
_____/

### DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT

Defendant, Floridian Hotel, Inc., ("Defendant") through undersigned counsel, moves for an enlargement of time within which to respond to Patricia Kennedy's ("Plaintiff") Complaint, and in support states as follows:

1. Plaintiff served Defendant with the Complaint in this matter on March 20, 2018.

2. The response to the Complaint is due on April 10, 2018.

3. The undersigned counsel has recently been retained to represent Defendant in this matter. Additional time is needed to prepare and file an appropriate response to the Complaint. Accordingly, Defendant requests an enlargement of time of ten (10) days in which to respond to the Complaint on or before April 20, 2018.

WHEREFORE, Defendant respectfully requests that the Court grant this Motion, and enter an order granting Defendant an enlargement of ten (10) days to respond to the Complaint and for such further relief as the Court deems just and proper.

### CERTIFICATE OF GOOD FAITH CONFERENCE

Pursuant to Local Rule 7.1(a)(3)(B), I hereby certify that counsel for the movant has made reasonable efforts to confer with all parties and non-parties who may be affected by the

relief sought in this motion and in a good faith effort to resolve the issues and Plaintiff's counsel has advised that Plaintiff has no objections to the relief requested herein.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 10, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

By: /s/ Kenneth L. Minerley
Kenneth L. Minerley
Fla. Bar No. 521840
ken@minerleyfein.com
Jennifer M. Murillo
Fla. Bar No. 90740
Jennifer@minerleyfein.com

**MINERLEY FEIN, P.A.**
Attorneys for Defendant
1200 N. Federal Highway, Suite 420
Boca Raton, FL 33432
Phone:   561/362-6699
Fax:      561/447-9884
fileclerk@minerleyfein.com
litigation@minerleyfein.com