UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PATRICIA KENNEDY,

    Plaintiff,

v.      Case No. 18-cv-20839-UNGARO

FLORIDIAN HOTEL, INC.,

    Defendant,
_____/

**UNOPPOSED MOTION FOR LEAVE TO WITHDRAW
AS ATTORNEY FOR PLAINTIFF**

Pursuant to Local Rule 11.1 (d) (3) of the United States District Court for the Southern District of Florida, attorney Jeannette E. Albo ("Attorney Albo), respectfully requests that this Court grant her leave to withdraw her appearance as one of the attorneys of record for Plaintiff, Patricia Kennedy, in this matter. In support of this motion, she states as follows:

1. At case inception on March 5, 2018, Plaintiff was represented by Attorney Albo and Thomas B. Bacon, Esq.

2. On April 17, 2018 (DE 25), one week after Defendant's counsel appeared in the case and four days after Defendant responded to the Complaint, attorney Philip M. Cullen entered an appearance on Plaintiff's behalf.

3. Since then, Mr. Cullen and Mr. Bacon have been handling this matter – and intend to continue torepresent Plaintiff in the case going forward – without Ms. Albo's participation.

4. As such, Ms. Albo respectfully requests that this Court grant her leave to withdraw her appearance as one of the attorneys of record for Plaintiff.

5. Plaintiff consents to this Motion.

6. **NOTICE OF CONFERRAL:** The undersigned consulted with defense counsel over the relief requested in this Motion. Opposing counsel graciously agreed to such relief.

WHEREFORE, attorney Jeannette E. Albo respectfully requests that the Court grant her leave to withdraw as one of the attorneys of record for the plaintiff in this action.

## CERTIFICATE OF SERVICE

I hereby certify that on May 2, 2018, a copy of foregoing was filed electronically and served on all counsel of record through the Court's CM/ECF System.

By: /s/ Jeannette E. Albo
Jeannette E. Albo, Esq.
Fla. Bar No. 0017736
*Of Counsel*, **Thomas B. Bacon, P.A.**
9444 S.W. 69th Ct.
Miami, FL 33156
ph. (305) 502-4593
jalbo@bellsouth.net

Thomas B. Bacon, Esq.
**Thomas B. Bacon, P.A.**
644 No. McDonald St.
Mt. Dora, FL 32757
Ph. 954-478-7811
tbb@thomasbaconlaw.com