UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:18-cv-20839-UU

Patricia Kennedy, individually,

    Plaintiff,
v.

Floridian Hotel, Inc., a Florida corporation,

    Defendant.
_____/

## DEFENDANT'S ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFF'S AMENDED COMPLAINT

Defendant, Floridian Hotel, Inc. ("Defendant") by and through undersigned counsel, hereby answers and asserts its affirmative defenses to the Amended Complaint ("Amended Complaint") filed by Plaintiff, Patricia Kennedy ("Plaintiff"), as follows:

1. Admitted, except as to the allegation that Plaintiff has limited use of her hands, which is denied.

2. Defendant is without knowledge sufficient to form a belief as to the truthfulness of the allegations and, therefore, denies the same.

3. Admitted that Defendant is the owner of the subject property (the "Property") located where indicated, otherwise, denied.

4. Admitted for purposes of venue only.

5. Admitted that this Court has jurisdiction over this action pursuant to the allegations in the Amended Complaint supporting jurisdiction under the referenced statutes; denied as to the remaining allegations.

6. Defendant asserts that the cited statutes speak for themselves, and denies any allegation inconsistent with the same.

7. Defendant asserts that the cited regulations speak for themselves, and denies any allegation inconsistent with the same.

8. Defendant asserts that the cited regulations speak for themselves, and denies any allegation inconsistent with the same.

9. Admitted that Defendant maintains the referenced website and that the cited statute speaks for itself; denied as to the remaining allegations.

10. Defendant is without knowledge sufficient to form a belief as to the truthfulness of the allegations and, therefore, denies the same.

11. Admitted that the website indicates that the hotel offers various kinds of sleeping accommodations; however, the allegations are denied to the extent that they are inconsistent with the content actually found on the website.

12. Denied.

13. Defendant is without knowledge sufficient to form a belief as to the truthfulness of the allegations and, therefore, denies the same.

14. Defendant is without knowledge sufficient to form a belief as to the truthfulness of the allegations and, therefore, denies the same.

15. Denied.

16. Denied.

17. Denied.

18. Denied.

19. Denied.

20. Denied.

21. Denied.

22. Defendant asserts that the cited statutes speak for themselves, and denies any

allegation inconsistent with the same.

## GENERAL DENIAL

Defendant denies each and every allegation and prayer in the Amended Complaint that has not been specifically responded to.

## AFFIRMATIVE DEFENSES AND AVOIDANCES

1. Despite the fact that Plaintiff has cited to 28 CFR 36.302(e)(1)(i), (iii), (iv), and (v), in her Amended Complaint, she does not have standing to raise any alleged violations of these particular regulations as she has failed to plead any injury-in-fact with respect to those regulations, and that any such injury would be fairly traceable Defendant's conduct.

2. In the alternative, Defendant is unable to determine the extent of the alleged noncompliance with the aforementioned regulations from the face of the Amended Complaint; as soon as Plaintiff provides more specificity as to the alleged areas of noncompliance, Defendant will correct those conditions to the extent such conditions actually exist, rendering the case moot and depriving this court of jurisdiction as there will no longer be a case in controversy, and the Plaintiff will not be entitled to relief.

3. Defendant intends to correct those conditions that Plaintiff complains of to the extent required thereby making it unlikely there will be any future discrimination; once the corrections are complete, the case may be rendered unnecessary and Plaintiff would not be entitled to relief including recovery of attorney's fees if Defendant corrects any violations prior to an alteration in the relationship of the parties.

4. Plaintiff cannot assert a connection between Defendant's lack of compliance and the benefits, goods, or services deprived to Plaintiff.

5. Plaintiff lacks standing to seek injunctive relief for areas of noncompliance not actually encountered and of which there was no notice at the time of the filing of this Amended

Complaint.

6. Plaintiff lacks standing to bring this action for relief against Defendant for purported discrimination and denial of access to Defendant's website (a) from which she did not seek access to or goods & services; (b) of which she had no knowledge of prior to commencement of this action; and (c) which are not related to her disabilities.

7. Plaintiff lacks standing in that she has not suffered a cognizable injury or damages. Plaintiff has not and does not intend to patronize Defendant's facility regardless of whether the website complies with 28 CFR 36.302(e)(1), and therefore has not suffered harm and will not suffer harm as a result of any alleged non-compliance with the aforementioned regulation.

8. Defendant need not comply with 28 CFR § 36.302(e)(1) because the regulation does not apply to reservations made online through websites, as implementation of the regulation, and in particular § 36.302(e)(1)(iii), is impossible when reservations are made online directly by customers.

WHEREFORE, Defendant has answered the Amended Complaint and requests that it be dismissed with prejudice and the Court award its costs and attorney's fees pursuant to 28 U.S.C. § 1927 and 42 U.S.C. § 12205.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 31, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

By: /s/ Kenneth L. Minerley
Kenneth L. Minerley

Fla. Bar No. 521840
Primary Email:
Ken@minerleyfein.com

**MINERLEY FEIN, P.A.**
*Attorneys for Defendant*
1200 N. Federal Highway, Suite 420
Boca Raton, FL 33432
Phone:     561/362-6699
Fax:          561/447-9884
Fileclerk@minerleyfein.com