IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**PATRICIA KENNEDY,**

    Plaintiff,

v.                                                Case No: 1:18-cv-20839-UU

**FLORIDIAN HOTEL, INC.,**

    Defendant,
_____/

PLAINTIFF'S RESPONSE IN OPPOSITION TO DEFENDANT'S MOTION
FOR ENLARGEMENT TO FILE CROSS MOTION FOR SUMMARY JUDGMENT

Plaintiff, Patricia Kennedy, by and through his undersigned counsel, responds as follows to the Defendant's Motion For Enlargement to File Cross Motion for Summary Judgment [D.E. 41].

1. This is an action brought pursuant to the Americans With Disabilities Act, in which the Plaintiff, Patricia Kennedy, is requesting this Court to order the Defendant to bring its on line hotel reservation system, located at http://www.floridianhotel.com/ into compliance with the requirements of 28 C.F.R. Section 36.302(e). The case is set for pre-trial conference on December 12, 2018, the pre-trial stipulation is due November 9, 2018 [D.E. 27]

2. On October 23, 2018, the Plaintiff filed her Second Motion for Summary Judgment [D.E. 39]. The Defendant, whose present motion glosses over how close this case is to the pre-trial conference, is not before this Court requesting additional time to respond to the Plaintiff's motion so that it can file a cross-motion for summary judgment at the came time it responds to the Plaintiff's motion.

1

3. Were the Court to grant that relief, the deadline for the Defendant to file any cross motion would be November 6, 2018. The Plaintiff's response to such a motion would not be due until November 20, 2018. By that time, the cut-off dates for filing motions in limine and submitting the joint pre-trial would have passed. November twentieth is two weeks before the pre-trial conference. Were the Defendant to choose to file a reply, the filing date would be within a week of the pre-trial conference.

4. The Defendant has been aware of the cut-off date for filing motions for summary judgment since the date of this Court's trial order. Its present motion says nothing to warrant additional time, and, more importantly, nothing warranting upsetting this Court's pre-trial schedule.

5. The Defendant's motion should be denied.

**I HEREBY CERTIFY** that, on October 25, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will automatically send e-mail notification of such filing to the attorneys of record.

*s/Philip Michael Cullen, III*
Fla. Bar No: 167853
Thomas B. Bacon, P.A.
621 S. Federal Highway, Suite Four
Fort Lauderdale, Florida 33301
Telephone: (954) 462-0600
Facsimile: (954) 462-1717
e-mail: cullen@thomasbaconlaw.com