UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 1:18-cv-20839-UU

PATRICIA KENNEDY,

    Plaintiff,

v.

FLORIDIAN HOTEL, INC.,

    Defendant.
_____/

## ORDER ON EXTENSION OF TIME

THIS CAUSE is before the Court upon Defendant's Motion for Extension of Time to File Cross Motion for Summary Judgment (the "Motion"). D.E. 41. The Court has reviewed the pertinent portions of the record and is otherwise fully advised in the premises. On June 12, 2018, the Court entered its Scheduling Order for Pretrial Conference and trial, D.E. 27, setting a pretrial conference date of December 7, 2018, a dispositive motion deadline of October 26, 2018, and a motions in limine deadline of November 2, 2018.

On October 23, 2018, Plaintiff filed her motion for summary judgment, such that Defendant's response is due on November 6, 2018. D.E. 39. In the instant Motion, Defendant seeks an eleven-day extension of time to respond to Plaintiff's motion for summary judgment. Federal Rule of Civil Procedure 6(b) provides that an extension may be provided for good cause. In support of its Motion, Defendant states that it needs more time to "interpose a Cross Motion for Summary Judgment along with its response in opposition to Plaintiff's Motion for Summary Judgment . . . ." D.E. 41 ¶ 4. This provides no explanation for why extra time is needed; Defendant has been aware of the motion deadlines since June. Accordingly, it is

ORDERED AND ADJUDGED that the Motion, D.E. 41, is Denied. Defendant SHALL respond to Plaintiff's Motion for Summary Judgment by **Tuesday, November 6, 2018**. **FAILURE TO RESPOND MAY RESULT IN GRANTING THE MOTION BY DEFAULT. ALL OTHER DEADLINES, INCLUDING THE MOTION DEADLINES IN THE COURT'S PRETRIAL SCHEDULING ORDER REMAIN IN FULL FORCE AND EFFECT.**

DONE AND ORDERED in Chambers at Miami, Florida, this _25th__ day of October, 2018.

_____
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

cc: counsel of record via cm/ecf